United States District Court

Eastern District of California

William A. Proctor,

        Petitioner,                    No. Civ. S 96-1401 DFL PAN P

  vs.                                  Order

Jill Brown, Warden of California State Prison at San Quentin,

        Respondent.

-oOo-

    Good cause appearing, the court hereby orders that:

    1.  Petitioner's June 1, 2005, request to modify the briefing schedule re summary judgment is granted.

    2.  Petitioner's opposition and cross-motion for summary judgment are due filed and served September 30, 2005.

    3.  Respondent's reply and opposition are due filed and served December 1, 2005.

    4.  Petitioner's reply is due filed and served January 28, 2006.

5. A status conference is set for February 15, 2006, at 9:00 a.m. in Courtroom #25.

Dated: June 2, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge