IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM A. PROCTOR,

       Petitioner,

   v.

ARTHUR CALDERON, Warden of California State Prison at San Quentin,

       Respondent.

CIV-S-096-1401 DFL PAN DP

MEMORANDUM OF OPINION AND ORDER

    Petitioner has moved for partial reconsideration of the court's March 30, 2005 order dismissing several claims raised in his amended petition for habeas corpus. Specifically, petitioner requests reconsideration of the court's dismissal of Claims EE, LL, and MM. The court GRANTS petitioner's motion with regard to the portion of Claim EE which raises an equal protection challenge to the California death penalty scheme based on an alleged failure to provide uniformity in charging decisions from

///

///

///

1

county to county.  In all other respects, petitioner's motion is DENIED.

       IT IS SO ORDERED

Dated: July 27, 2005.

                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge