THOMSON & STETLER
Criminal Defense Attorneys
JAMES S. THOMSON
California SBN 79658
819 Delaware Street
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124

JOLIE LIPSIG
Attorney at Law
California SBN 104644
1006 4th St., Suite 301
Sacramento, California 95814
Telephone: (916) 443-6995
Facsimile: (916) 443-7081

Attorneys for Petitioner
WILLIAM A. PROCTOR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR,<br><br>    Petitioner,<br><br>v.<br><br>JILL BROWN, Warden of California State Prison at San Quentin,<br><br>    Respondent. | No. CIV-S-96-1401 DFL PAN<br><br>**DEATH PENALTY CASE**<br><br>**APPLICATION AND ORDER FOR MODIFICATION OF BRIEFING SCHEDULE** |

By Order issued June 3, 2005 this Court granted petitioner's request to modify the previously issued Scheduling Order. Pursuant to the modified schedule, petitioner's Opposition and Cross-Motion for Summary Judgment are currently due on September 30, 2005. Counsel for petitioner hereby request that the schedule be modified to provide them with an additional ninety (90) days, or until December 30, 2005, in which to file their Opposition and Cross-Motion. The modification is necessary for the following reasons:

1. Counsel are unable to meet the September 30, 2005 deadline due to significant pre-existing obligations in other cases.

2. On July 18, 2005, counsel for Mr. Proctor filed a 700 page Opening Brief in the

automatic appeal of a capital case in California Supreme Court, *People v. Tully*, S030402. Both Ms. Lipsig and Mr. Thomson spent considerable time preparing the brief.

  3. Both Ms. Lipsig and Mr. Thomson also have separate obligations that prevent them from meeting the current schedule. Mr. Thomson filed a reply brief in the Ninth Circuit in *Pope v White* on August 1, 2005. He is also counsel in two complex, multi-defendant federal capital trial cases pending in the Northern District, *United States v. Dennis Cyrus, Jr.* and *United States v, Don Johnson*. Ms. Lipsig conducted extensive discovery and filed on opposition to a motion to dismiss in an habeas corpus case pending in the Eastern District, *Fenenbock* v. *Director of Corrections*. In addition, Ms. Lipsig is now employed full-time at the Office of the State Public Defender (OSPD) and is in the process of closing her private practice. Her obligations there prevent her from devoting a substantial amount of time to the present case.

  4. Counsel for petitioner have contacted counsel for respondent, Brian Smiley, to discuss the proposed modification. Mr. Smiley indicated that respondent has no objection to this proposed modified schedule.

For all the reasons stated above, petitioner requests that current briefing schedule be modified as follows:

Petitioner's Opposition to Respondent's Motion for Summary Judgment and Cross-Motion for Summary Judgment shall be filed by December 30, 2005;

Respondent's Reply to Petitioner's Opposition, and Opposition to Petitioner's Motion for Summary Judgment shall be filed by March 1, 2006; and

1 | Petitioner's Reply to Respondent's Opposition shall be filed by May 1, 2006.
2 | DATED: September 26, 2005
3 |     Respectfully submitted,
4 |     JAMES THOMSON
5 |
6 |
7 |     JOLIE LIPSIG
    Attorneys for Petitioner
8 | IT IS SO ORDERED.
9 |
10 | DATED:  September 21, 2005.
11 |
12 |     _/s/ Peter A. Nowinski_____
    United States Magistrate Judge

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE BY MAIL** |
| 2 | |
| 3 | **Case Name: PROCTOR V. BROWN   Case No.:  Civ. S-96-1401  DFL PAN** |
| 4 | I, the undersigned, declare as follows: |
| 5 | I am a citizen of the United States, over the age of 18 years and not a party to the within action; my place of employment and business address is 1006 4th Street, Suite 301, Sacramento, California  95814. |
| 6 | |
| 7 | On September 26, 2005, I served the attached |
| 8 | APPLICATION AND ORDER FOR MODIFICATION OF BRIEFING SCHEDULE |
| 9 | by placing a true copy thereof in an envelope addressed to the person(s) named below at the address(es) shown, and by sealing and depositing said envelope in the United States Mail at Sacramento, California, with postage thereon fully prepaid.  There is delivery service by United States Mail at each of the places so addressed, for there is regular communication by mail between the place of mailing and each of the places so addressed. |
| 10 | |
| 11 | |
| 12 | |
| 13 | Brian Smiley<br>Deputy Attorney General<br>1300 I Street<br>P.O. Box 944255<br>Sacramento, CA 94255-2550 |
| 14 | |
| 15 | |
| 16 | I declare under penalty of perjury that the foregoing is true and correct. |
| 17 | Signed on  September 26, 2005 at Sacramento, California. |
| 18 | _____ |