UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM A. PROCTOR,

        Petitioner,        CIV. S-96-1401-DFL PAN

  v.                        Death Penalty Case

STEVEN W. ORNOSKI, Acting Warden      ORDER
of California State Prison
at San Quentin,

        Respondent.

-o0o-

Petitioner moved November 8, 2005, for further factual development pursuant to Fed. R. Civ. P. 56(f) and set the motion for hearing December 21, 2005. The hearing is vacated.

The motion will be deemed filed the same date petitioner files and serves his opposition to summary judgment on guilt phase claims, viz. December 31, 2005. Respondent may oppose arguments under Rule 56(f) in their reply (due March 1, 2006). The briefing schedule set in the court's September 27, 2005,

1  order remains in effect and will not be extended absent a showing
2  of manifest injustice.
3        Dated:  November 9, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge