THOMSON & STETLER
Criminal Defense Attorneys
JAMES S. THOMSON
California SBN 79658
819 Delaware Street
Berkeley, California  94710
Telephone:  (510) 525-9123
Facsimile:   (510) 525-9124

JOLIE LIPSIG
Attorney at Law
California SBN 104644
1006 4th St., Suite 301
Sacramento, California  95814
Telephone:  (916) 443-6995
Facsimile:   (916) 443-7081

Attorneys for Petitioner
WILLIAM A. PROCTOR

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM A. PROCTOR, ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> STEVEN ORNOSKI, Warden of ) <br> California State Prison at San Quentin, ) <br> ) <br>     Respondent. ) <br> _____ ) | No. CIV-S-96-1401 DFL PAN <br><br> **DEATH PENALTY CASE** <br><br> **JOINT APPLICATION AND ORDER FOR RESCHEDULING OF STATUS CONFERENCE** |

    At a status conference held on December 8, 2004, this Court orally set a briefing schedule for Motions and Cross-Motions for Summary Judgment to be filed in this capital habeas corpus action.  Pursuant to that schedule, a status conference was to be held approximately two weeks after the summary judgment briefing was completed.

    The original briefing schedule has been modified several times by this Court at the request of the parties, but the date of the status conference has not been continued to reflect the new briefing schedule.  Thus, although the summary judgment briefing is not yet completed, the post-briefing status conference is currently scheduled for February 15, 2006.  Order, docket number 179.  Accordingly, the parties have conferred and now

1  jointly request that status conference be rescheduled for a date approximately two weeks
2  after completion of the briefing on the pending Summary Judgment and Cross-Summary
3  Judgment Motions.
4       Pursuant to the current briefing schedule, all summary judgment briefing will be
5  completed on May 1, 2006.  For this reason, the parties jointly request that the status
6  conference currently scheduled for February 15, 2006 be rescheduled for May 17, 2006, at
7  9:00 a.m.
8  DATED: February 4, 2006

Respectfully submitted,

JAMES THOMSON

/s/ JOLIE LIPSIG
Attorneys for Petitioner

/s/ Brian G. Smiley
Deputy Attorney General

Attorney for Respondent

IT IS SO ORDERED.

Dated:  February 6, 2006.

  /s/ Peter A. Nowinski

PETER A. NOWINSKI
Magistrate Judge