IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV S-96-1401-DFL-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ARTHUR CALDERON, et al., | |
| Respondents. | |
| _____/ | |

  Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  Pursuant to the stipulation of the parties, a hearing in this matter has been set for May 17, 2006, at 9:00 a.m. in Sacramento, California.  In light of the court's March 1, 2006, order re-assigning this matter to the undersigned, the hearing will be held in Redding, California, instead of Sacramento.  While the parties may make arrangements to appear telephonically, in the event any counsel wish to appear in person, the hearing will commence at 10:00 a.m., instead of 9:00 a.m.

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that the hearing currently set for May
2  17, 2006, at 9:00 a.m. in Sacramento, California, is re-set for the same day, but before the
3  undersigned at 10:00 a.m. in Redding, California.

5  DATED: March 23, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE