# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV S-96-1401-DFL-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT WONG,[1] et al., | |
| Respondents. | |
| _____ / | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to court order, the parties have filed merits briefs on guilt-phase claims raised in the petition. Pending are the following:

Respondents' cross-motion for summary judgment (Doc. 176);
Petitioner's cross-motion for summary judgment (Doc. 189);
Petitioner's opposition to respondent's cross-motion (Doc. 188);
Respondents' opposition to petitioner's cross-motion (Doc. 194);
Petitioner's motion pursuant to Rule 56(f) (Docs. 185 & 186);
Respondents' reply and opposition to petitioner's Rule 56(f) motion ((Doc. 193);
Petitioner's reply (Doc. 198).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Robert Wong is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

1  On May 10, 2006, the court issued an order requiring respondents to submit supplemental
2  briefing on Claim K, except to the extent such claim has been dismissed, and Claim L.
3  Respondents filed their supplemental brief on May 23, 2006 (Doc. 201), and petitioner filed a
4  response on June 2, 2006 (Doc. 205).  Hearing on these pending matters was continued to June
5  13, 2006.
6          In light of the recent re-assignment of this case to the undersigned, the
7  voluminous record, and the number of issues involved, the court finds that these matters are
8  appropriate for submission on the papers currently on file without oral argument at this time.
9  See Local Rule 78-230(h).  If necessary, the court will set a time for oral argument, either sua
10 sponte or on motion of a party, upon further order of the court.
11         Notwithstanding the foregoing, the hearing currently set for June 13, 2006,
12 remains on calendar to discuss case management issues and budget issues on an ex parte basis
13 thereafter.  Counsel may appear telephonically.
14         IT IS SO ORDERED.

16 DATED:  June 8, 2006.

                                        *signature*
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE