IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV S-96-1401-DFL-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, JR.,[1] et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 1, 2006, petitioner filed a document entitled "Petitioner's Status Report Re: Discovery" (Doc. 202). In that document, petitioner's counsel outlined current meet-and-confer efforts regarding discovery materials and physical evidence. Counsel stated that he supplied opposing counsel with an index of all pretrial discovery petitioner received. Finally, counsel stated their optimism that the matter could be resolved informally.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Robert L. Ayers, Jr., is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

1

1  On June 13, 2006, a status conference was held where the discovery issue, among
2 other things, was discussed.  The undersigned directed the parties to appear by telephone on
3 September 20, 2006, at 11:30 a.m. to update the court on the status of informal resolution of
4 discovery matters.  That telephonic hearing is hereby re-set to September 25, 2006, at 11:30 a.m.
5 before the undersigned.  Petitioner's counsel has represented to the court that this date and time
6 are mutually agreeable to the parties and counsel.
7  IT IS SO ORDERED.
8 DATED:   September 20, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE