1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   WILLIAM A. PROCTOR,                    No. CIV S-96-1401-DFL-CMK
12                  Petitioner,             DEATH PENALTY CASE
13         vs.                              <u>ORDER</u>
14   EDDIE YLST, et al.,
15                  Respondents.
16   _____/

17          Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of
18   habeas corpus pursuant to 28 U.S.C. § 2254.
19          On June 1, 2006, a telephonic status conference was held regarding the status of
20   discovery.  A further telephonic hearing was set for January 10, 2007.  On December 1, 2006,
21   petitioner submitted a status report.  Good cause appearing therefor, the January 10, 2007,
22   conference is continued to February 13, 2007, at 11:30 a.m., before the undersigned, in order to
23   allow the parties additional time to informally resolve outstanding discovery issues.  The parties
24   may appear by telephone.
25   / / /
26   / / /

1

1          Petitioner's counsel has represented to the court that this date and time are

2    mutually agreeable between the parties and counsel.

3          IT IS SO ORDERED.

4

5    DATED:   January 9, 2007.

6

7

                                    CRAIG M. KELLISON
8                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26