IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR,Petitioner.v.ROBERT AYERS, JR, WardenSan Quentin State Prison,Respondents. | No. CIV-S-96-1401 DFL PAN**ORDER RELIEVING SAOR E. STETLER AS COUNSEL****DEATH PENALTY CASE** |

GOOD CAUSE appearing, it is hereby ordered that Saor E. Stetler is relieved as counsel, and that James S. Thomson and Jolie Lipsig will remain as counsel representing petitioner in this action.

IT IS FURTHER ORDERED that Mr. Stetler be removed from the service list and ECF notices (sstetler@earthlink.net) in this matter.

DATED: March 13, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE