JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124


JOLIE LIPSIG
Attorney at Law
California SBN 104644
1006 4th St., Suite 301
Sacramento, California 95814
Telephone: (916) 443-6995
Facsimile: (916) 443-7081

Attorneys for Petitioner
WILLIAM A. PROCTOR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, ) <br> ) <br> Petitioner, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ROBERT L. AYERS, Warden of ) <br> California State Prison at San Quentin, ) <br> ) <br> Respondent. ) <br> _____) | No. CIV-S-96-1401 DFL CMK <br><br> **DEATH PENALTY CASE** <br><br> **APPLICATION AND ORDER FOR EXTENSION OF TIME** |

At a status conference held on February 13, 2007, this Court directed petitioner to notice and file a motion for leave to conduct discovery by May 18, 2007.[1]

Counsel for petitioner hereby request a thirty (30) day extension of time to notice and file their discovery motion. The extension of time is necessary for the following reasons:

---

1. This Court also indicated that a discovery conference would be held on May 24, 2007, if deemed necessary and initiated by petitioner. In light of this request for an extension of time, such a conference would be premature at this time.

1

1. On April 6, 2007, counsel for respondent provided counsel for petitioner with approximately 700 additional pages of informal discovery documents from the Shasta County Sheriff's Department and the Shasta County District Attorney. Petitioner's counsel have now had all post-conviction documents organized and indexed in order to identify which documents were disclosed during pretrial and trial discovery. Of the documents provided, approximately 620 were not previously turned over to the defense.

2. Counsel continue to review the newly-disclosed documents to determine whether they contain information that warrants further discovery, and if so, whether that additional discovery may be sought informally or will require formal discovery. They have not yet completed that review, however, due to the large volume of newly-disclosed documents, as well as lead and co-counsel's significant pre-existing obligations in other cases.

3. Counsel for Mr. Proctor are also still in the process of ascertaining the scope of the formal discovery necessary and relevant to the equal protection aspect of Claim EE of the Amended Petition. As discussed at the last case management conference, the parties attempted to obtain, through informal discovery, all discovery provided the petitioners in *Frye v. Ornoski*, Civ. S-99-628 LKK/JFM and *Riel v. Ornoski*, Civ. S-01-507-LKK/KJM, on a related claim involving charging decisions in death penalty cases. Counsel for respondents was unable to obtain that discovery informally. A review of the dockets in the *Frye* and *Riel* cases indicate a substantial amount of litigation was needed regarding the discovery at issue. Counsel for petitioner hope to avoid similar protracted, and most likely duplicative, litigation in this case. To that end, counsel are obtaining and reviewing all publically available documents regarding the discovery in *Frye* and *Riel* in order to narrowly tailor their formal discovery request, but have not yet completed that review.

4. Counsel for petitioner have contacted counsel for respondent, Brian Smiley, to discuss the proposed extension of time. Mr. Smiley indicated that respondent has no objection to this extension of time.

2

1 | For all the reasons stated above, petitioner requests that he be granted an additional
2 | thirty (30) days, to an including June 18, 2007 in which to notice and file a motion for
3 | leave to conduct discovery.
4 | DATED: May 24, 2007

Respectfully submitted,

/s/JAMES S. THOMSON

/s/ JOLIE LIPSIG
Attorneys for Petitioner

IT IS SO ORDERED.

May 23, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE