IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV S-96-1401-RRB-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, JR., et al., | |
| Respondents. | |
| _____ / | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court are petitioner's motions for an extension of time to file objections to the court's May 15, 2007, findings and recommendations and for a further extension of time to file a discovery motion. Good cause appearing therefor, the motions will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time to file objections to the court's May 15, 2007, findings and recommendations is granted;

2. The parties may file objections by August 18, 2007;

///

3. Petitioner's motion for a further extension of time to file a discovery motion is granted;

4. Petitioner shall file his discovery motion by July 18, 2007.

DATED: June 12, 2007.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE