**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV S-96-1401-RRB-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, et al., | |
| Respondents. | |
| _____/ | |

       Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       Due to a conflict in the court's schedule, the hearing on petitioner's motion for leave to conduct discovery, currently set for September 19, 2007, at 10:00 a.m. before the undersigned in Redding, California, is hereby re-set to September 25, 2007, at 1:30 p.m. in Redding, California.  The parties may appear telephonically.

/ / /

/ / /

/ / /

/ / /

1

1  The parties should also be prepared to discuss at that time case management
2  issues relating to completion of Phase III of this litigation, specifically briefing of penalty phase
3  claims. The court will discuss budget issues with counsel for petitioner ex parte following the
4  hearing.

5  IT IS SO ORDERED.

7  DATED: July 23, 2007.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE