IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM A. PROCTOR,** | **DEATH PENALTY CASE** |
| Petitioner, | CIV S-96-1401 RRB CMK |
| v. | **ORDER** |
| **ROBERT L. AYERS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for an extension of time to file a response to Petitioner's Motion for Leave to Conduct Discovery is hereby granted. A response shall be filed on or before August 14, 2007.

DATED: August 8, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE