IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV S-96-1401-RRB-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, et al., | |
| Respondents. | |
| _____ / | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's stipulated motion for an extension of time and continuance (Doc. 238). Also pending is respondents' motion for an extension of time (Doc. 235) to file a response to petitioner's motion for leave to conduct discovery.

Petitioner seeks an extension of time for the parties to file objections to the court's May 15, 2007, findings and recommendations to December 18, 2007. Good cause appearing therefor, this request will be granted.

/ / /

/ / /

1

Petitioner also seeks a continuance of the hearing on his motion for leave to conduct discovery, currently set for September 25, 2007, in Redding, California, to January 8, 2008, at 1:30 p.m.  Good cause appearing therefor, this request will also be granted.  The due dates for the opposition and reply briefs on that motion will be extended, pursuant to the time periods set forth in Local Rule 78-230 (c) and (d).

Finally, in an abundance of caution, respondents have requested an extension of time to August 14, 2007, to respond to petitioner's motion for leave to conduct discovery.  In light of the stipulated continuance and extension, respondents' request is denied as unnecessary.

Accordingly, IT IS HEREBY ordered that:

1. Petitioner's motion for an extension of time to file objections to the court's May 15, 2007, findings and recommendations is granted;

2. The parties may file objections by December 17, 2007;

3. The parties' stipulated motion for an extension of time and continuance is granted;

4. The hearing on petitioner's motion for leave to conduct discovery is continued to January 8, 2008, at 1:30 p.m. in Redding, California;

5. The due dates for the opposition and reply briefs on that motion are extended pursuant to the time period set forth in Eastern District of California Local Rule 78-230(c) and (d); and

6. Respondents' motion for an extension of time is denied as unnecessary.

DATED: August 14, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE