JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California  94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124


JOLIE LIPSIG
Attorney at Law California SBN 104644
1006 4th St., Suite 301
Sacramento, California  95814
Telephone: (916) 443-6995
Facsimile: (916) 443-7081

Attorneys for Petitioner
WILLIAM A. PROCTOR

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, ) <br> ) <br> Petitioner, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ROBERT L. AYERS, Warden of ) <br> California State Prison at San Quentin, ) <br> et al. ) <br> ) <br> Respondents ) <br> _____) | No. CIV-S-96-1401 RRB CMK <br><br> **DEATH PENALTY CASE** <br><br><br> **APPLICATION AND ORDER FOR RELEASE OF RECORDINGS OF SEALED PROCEEDINGS TO PETITIONER'S COUNSEL** |

Petitioner hereby requests that this Court order the Court Reporter to release to his attorneys, Jolie Lipsig and/or James S. Thomson, recordings of the case management and sealed budget conferences held in the above-captioned case on February 13, 2007 and January 8, 2008, respectively.  The reasons for this request are as follows:

On January 18, 2008, counsel for petitioner submitted a CD/Tape Order form to the Clerk of the Court to obtain recordings of two case management/budget conferences. Portions of each conference were held *ex parte*, with only petitioner's counsel and this

Court in attendance. Upon receipt of the form, counsel were notified by the Court Reporter that the *ex parte* portions of the conferences had been sealed, and the recordings of those portions of the conferences could not be released to them without an order from this Court.

Petitioner, through his counsel, is entitled to a full record of all proceedings in this capital case. Further, counsel for petitioner were present at the conferences for which they now seek recordings and thus were privy to all confidential matters discussed therein.

Accordingly, counsel request that this Court direct the Court Reporter to prepare and release to Jolie Lipsig and/or James Thomson recordings of the complete case management/budget conferences, including all sealed proceedings, held on February 13, 2007, and January 8, 2008 in the above-captioned case.

DATED: January 31, 2008

Respectfully submitted,

/s/ JAMES S. THOMSON

/s/ JOLIE LIPSIG
Attorneys for Petitioner

IT IS SO ORDERED

DATED: February 1, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE