JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California  94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124


JOLIE LIPSIG
Attorney at Law
California SBN 104644
1006 4th St., Suite 301
Sacramento, California  95814
Telephone: (916) 443-6995
Facsimile: (916) 443-7081

Attorneys for Petitioner
WILLIAM A. PROCTOR

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV-S-96-1401 RBB CMK |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **APPLICATION AND ORDER FOR EXTENSION OF TIME** |
| ROBERT L. AYERS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

This Court issued an under-seal Budget Order on January 22, 2008.  A request for reconsideration of this order must be filed by February 5, 2008, or the order will become final. Local Rule 72-303(b).

Petitioner, by and through his counsel, hereby requests a sixty (60) day extension of time, or until April 5, 2008  in which to seek reconsideration of the January 22, 2008 Order.

The extension of time is necessary for the following reasons:

1. Although the Budget Order was issued by this Court on January 22, 2008, due to

1 the use of conventional mail for sealed documents, lead counsel did not receive a copy of this
2 order for several days.[1]  The Budget Order itself is 42 pages long and it was followed by a
3 supplemental order that addressed matters not covered in the original order as well as corrected the
4 numerous tables set forth in the original.  Careful review and analysis of these sealed orders will
5 require a substantial amount of time.

6     2. The Budget Order was issued after a lengthy ex parte conference between this
7 Court and counsel.  At this conference, this Court made reference to and quoted from a recording
8 of a previous ex parte conference, held on February 13, 2007.  Counsel attempted to obtain the
9 recordings of both of these ex parte conferences, but were informed they needed a court order to
10 release copies of the recordings to them.  On January 31, 2008, counsel filed a request and
11 proposed order, asking this Court to direct the reporter to release the recordings to them.  This
12 Court granted the request today but counsel have not yet received the recordings.

13     3. Due to the length and complexity of the Budget Order, the budget conference and
14 the matters addressed therein, counsel are still trying to determine whether, to what extent, and/or
15 by what means to challenge certain portions of the Budget Order.  To that end, counsel must
16 consult with Federal Resource Counsel and review the recordings of the budget conference,  as
17 well as research relevant procedural and substantive matters.  Additional time is required so that
18 counsel can obtain and review the recordings and conduct the research necessary to make a
19 reasoned decision how best to proceed without jeopardizing petitioner's rights.

20     4. This request for an extension of time will not delay the remainder of the
21 proceedings or the briefing schedule established by this Court in its January 28, 2008 scheduling
22 order.  Counsel intend to proceed with the matters scheduled by this Court while awaiting a final
23 ruling on their Phase III Budget.

---

27     1. Co-counsel Ms Lipsig, did not receive a hard copy of this document from the Court
28 at all.  She has notified the Clerk's Office of this and other problems with the handling of sealed orders.

1 | For all the reasons stated above, petitioner requests that he be granted an additional sixty (60) days, to and including April 5, 2008, in which to seek reconsideration of the January 22, 2008 Budget Order.

DATED: February 4, 2008

                                                Respectfully submitted,

                                                /s/JAMES S. THOMSON

                                                /s/ JOLIE LIPSIG
                                                Attorneys for Petitioner

IT IS SO ORDERED.

DATED: February 13, 2008

                                                _____
                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE