```
JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California  94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124


JOLIE LIPSIG
Attorney at Law
California SBN 104644
1006 4th St., Suite 301
Sacramento, California  95814
Telephone: (916) 443-6995
Facsimile: (916) 443-7081

Attorneys for Petitioner
WILLIAM A. PROCTOR
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, ) | No. CIV-S-96-1401 RBB CMK |
| ) | |
| Petitioner, ) | **DEATH PENALTY CASE** |
| ) | |
| ) | |
| v. ) | **APPLICATION AND ORDER** |
| ) | **FOR EXTENSION OF TIME** |
| ) | |
| ) | |
| ROBERT L. AYERS, Warden of ) | |
| California State Prison at San Quentin, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

      This Court issued an Order on January 28, 2008.  A request for reconsideration of this order must be filed by February 15, 2008, or the order will become final.  Local Rule 72-303(b).

      Petitioner, by and through his counsel, hereby requests a sixty (60) day extension of time, or until April 15, 2008 in which to seek reconsideration of the January 28, 2008 Order.

      The extension of time is necessary for the following reasons:

      1.     The Order issued by this Court on January 28, 2008 establishes a litigation plan for the remainder of Phase III.  Counsel need to review and analyze the order in order to determine

whether to file any request for reconsideration.

2. Due to the matters raised in the Order, and those raised at the case management conference and at the budget conference, counsel are still trying to determine whether, to what extent, and/or by what means to challenge certain portions of the Order. To that end, counsel must consult with Federal Resource Counsel and review the recordings of the conferences, as well as research relevant procedural and substantive matters.

3. Additional time is required so that counsel can obtain and review the recordings and conduct the research necessary to make a reasoned decision how best to proceed without jeopardizing petitioner's rights.

4. This request for an extension of time will not delay the proceedings or the briefing schedule established by this Court in its January 28, 2008 scheduling order. Counsel intend to proceed with the matters scheduled by this Court while awaiting any final ruling on the January 28, 2008 briefing order.

For all the reasons stated above, petitioner requests that he be granted an additional sixty (60) days, to and including April 15, 2008, in which to seek reconsideration of the January 28, 2008 Order.

DATED: February 14, 2008

Respectfully submitted,

/s/JAMES S. THOMSON

/s/ JOLIE LIPSIG
Attorneys for Petitioner

IT IS SO ORDERED.

DATED: February 14, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2