```
 1  JAMES S. THOMSON
    California SBN 79658
 2  Attorney and Counselor at Law
    819 Delaware Street
 3  Berkeley, California  94710
    Telephone: (510) 525-9123
 4  Facsimile: (510) 525-9124

 5
    JOLIE LIPSIG
 6  Attorney at Law
    California SBN 104644
 7  1006 4th St., Suite 301
    Sacramento, California  95814
 8  Telephone: (916) 443-6995
    Facsimile: (916) 443-7081
 9
    Attorneys for Petitioner
10  WILLIAM A. PROCTOR
```

11                    **IN THE UNITED STATES DISTRICT COURT**

12                         **EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WILLIAM A. PROCTOR, | ) | No. CIV-S-96-1401 RBB CMK |
| | ) | |
| Petitioner, | ) | **DEATH PENALTY CASE** |
| | ) | |
| v. | ) | **APPLICATION AND ORDER** |
| | ) | **FOR EXTENSION OF TIME** |
| | ) | |
| ROBERT L. AYERS, Warden of | ) | |
| California State Prison at San Quentin, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ _____) | | |

 21      This Court issued an under-seal Budget Order on January 22, 2008.  A request for

 22  reconsideration of this order is currently due by April 5, 2008, or the order will become final.

 23  Local Rule 72-303(b).  Counsel have been granted one previous extension of time to file a request

 24  for reconsideration.

 25      Petitioner, by and through his counsel, hereby requests a thirty (30) day extension of time,

 26  or until May 5, 2008  in which to seek reconsideration of the January 22, 2008 Order.

 27      The extension of time is necessary for the following reasons:

 28      1.    The Budget Order is 42 pages long and it was followed by a supplemental order

1 that addressed matters not covered in the original order as well as corrected the numerous tables set forth in the original.   In addition, counsel requested and have now obtained recordings of two ex parte budget conferences between this Court and counsel which are relevant to their request for reconsideration.   One of these conferences was over 3 hours long.

2. Counsel have reviewed the recordings of the budget conferences and the Budget Order and conducted preliminary research relevant to procedural and substantive matters, but are still in the process of determining the appropriate scope of their request for reconsideration. Additional time is required so that counsel can consult with Federal Resource Counsel and complete their research in order to make a reasoned decision how best to proceed without jeopardizing petitioner's rights.

3. Both Mr. Thomson and Ms. Lipsig have significant obligations in this, and other cases, that prevent them from devoting full time to preparing the request for reconsideration.

4. This request for an extension of time will not delay the remainder of the proceedings or the briefing schedule established by this Court in its January 28, 2008 scheduling order.  Counsel are proceeding with the matters scheduled by this Court while awaiting a final ruling on their Phase III Budget.

For all the reasons stated above, petitioner requests that he be granted an additional thirty (30) days, to and including May 5, 2008, in which to seek reconsideration of the January 22, 2008 Budget Order.

DATED: March 31, 2008

Respectfully submitted,

/s/JAMES S. THOMSON

/s/ JOLIE LIPSIG
Attorneys for Petitioner

IT IS SO ORDERED.
DATED: April 4, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2