JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California  94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124


JOLIE LIPSIG
Attorney at Law
California SBN 104644
1006 4th St., Suite 301
Sacramento, California  95814
Telephone: (916) 443-6995
Facsimile: (916) 443-7081

Attorneys for Petitioner
WILLIAM A. PROCTOR

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR,<br><br>    Petitioner,<br><br>        v.<br><br><br>ROBERT L. AYERS, Warden of<br>California State Prison at San Quentin,<br><br>    Respondent. | No. CIV-S-96-1401 RBB CMK<br><br>**DEATH PENALTY CASE**<br><br>**APPLICATION AND ORDER<br>FOR EXTENSION OF TIME** |

This Court issued an Order on January 28, 2008.  A  request for reconsideration of that order is currently due by April 15, 2008, or the order will become final.  Local Rule 72-303(b).  Counsel have been granted one previous sixty (60) day extension of time to file a request for reconsideration.

Petitioner, by and through his counsel, hereby requests a forty-five (45) day extension of time, or until May 30, 2008  in which to seek reconsideration of the January 28, 2008 Order.

The extension of time is necessary for the following reasons:

1. The Order issued by this Court on January 28, 2008 establishes a litigation plan for the remainder of Phase III. According to that schedule, petitioner's objections to this Court's findings and recommendations on guilt phase summary judgment motions is due on April 30, 2008. On May 5, 2008, petitioner's request for reconsideration of the Phase III Budget Order is also due.

2. Counsel cannot complete all of the scheduled pleadings by their current due dates and still fulfill pre-existing obligations in their other cases. Because of the need for resolution of the budget issues before the next phase of litigation, counsel have devoted, and will continue to devote, a significant amount of time to completion of the request for reconsideration of the budget order by its May 5 due date. They will thus be unable to complete the request for reconsideration of the scheduling order by April 15, 2008.

3. This request for an extension of time will not delay the proceedings or the briefing schedule established by this Court in its January 28, 2008 scheduling order. The portion of the schedule upon which petitioner currently intends to seek reconsideration pertains only to matters that have been scheduled for September-December 2008. If the present application is granted, the district court will still have ample time to address the reconsideration request prior to the first scheduled due date. While counsel may need to seek additional time to complete the objections to the findings and recommendations, counsel are proceeding with the matters scheduled by this Court without awaiting any final ruling on the January 28, 2008 briefing order.

For all the reasons stated above, petitioner requests that he be granted an additional forty-five(45) days, to and including May 30, 2008 in which to seek reconsideration of the

1 | January 28, 2008 Order.

2 | DATED: April 11, 2008

                                                           Respectfully submitted,

                                                           /s/JAMES S. THOMSON

                                                           /s/ JOLIE LIPSIG
                                                           Attorneys for Petitioner

IT IS SO ORDERED.

DATED: April 14, 2008

                                                          _____
                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE