# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV S-96-1401-RRB-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, JR., et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 264) to file objections to the court's May 15, 2007, findings and recommendations.

On January 28, 2008, the court issued an order setting a schedule for the remainder of Phase III of this litigation. That order provided, among other things, that the parties's objections to the May 15, 2007, findings and recommendations be filed by April 30, 2008, and that responses thereto be filed by June 30, 2008. Petitioner seeks a 60-day extension of the April 30, 2008, deadline to file objections.

/ / /

1

The court notes that petitioner has recently been granted several extensions of other deadlines in this case. Specifically, the court has granted the following extensions: (1) on February 13, 2008, the court granted petitioner a 60-day extension of time to seek reconsideration of the court's January 22, 2008, budget order; (2) on February 21, 2008, the court granted petitioner a 60-day extension of time to seek reconsideration of the court's January 28, 2008, scheduling order;[1] (3) on April 7, 2008, the court granted petitioner a further extension of 30 days to seek reconsideration of the budget order; and (4) on April 15, 2008, the court granted petitioner a further extension of 45 days to seek reconsideration of the scheduling order. In the requests for each of these extensions, petitioner, through appointed counsel, repeatedly represented to the court that "[t]his request for an extension of time will not delay the remainder of the proceedings or the briefing schedule established by this Court in its January 28, 2008, scheduling order."[2]

Given the repeated representations by counsel that the various extensions granted to date will not delay briefing of matters outlined in the scheduling order, including filing of objections to the May 15, 2007, findings and recommendations and responses thereto, and given that the findings and recommendations were issues almost a year ago, the instant request for an extension of time is not well taken. However, because the request is unopposed by respondents' counsel, it will be granted, in part. The deadlines pertaining to objections to the May 15, 2007, findings and recommendations will be extended by 30 days. The parties may file objections by May 30, 2008, and responses thereto by July 30, 2008. Any further request for an extension of these deadlines is highly disfavored.

/ / /

---

[1] Presumably, petitioner will seek reconsideration of the portion of the scheduling order setting a schedule for further merits briefing of Claims W, Y, CC, EE, and NN.

[2] In the second request for an extension of time to seek reconsideration of the scheduling order, petitioner, through counsel, states for the first time that "counsel may need to seek additional time to complete the objections to the findings and recommendations. . . ."

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (Doc. 264) to file objections to the court's May 15, 2007, findings and recommendations is granted, in part;

2. Objections are due by May 30, 2008;

3. Responses to objections are due by July 30, 2008; and

4. Any further request for an extension of these deadlines is disfavored.

DATED: April 24, 2008

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE