IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM A. PROCTOR,** | CIV S 96-1401 JAM CMK |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT L. AYERS, Warden of California State Prison at San Quentin,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondents' June 4, 2008 application is GRANTED. Respondent's response to petitioner's request for partial reconsideration of the Magistrate Judge's scheduling order is to be filed on or before June 11, 2008.

Dated: June 6, 2008

/s/ John A. Mendez
The Honorable John A. Mendez

[Proposed] Order

1