IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR,<br><br>　　　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>ROBERT L. AYERS, Warden of California State Prison at San Quentin,<br><br>　　　　　　　　　　　　　Respondent. | CIV S 96-1401 JAM CMK<br><br>**CAPITAL CASE**<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent's September 30, 2008, application is GRANTED. Respondent's response to Petitioner's Objections to the Magistrate Judge's Findings and Recommendations on Cross-Motions for Summary Judgment is to be filed on or before October 30, 2008.

DATED: October 3, 2008

　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE