IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR,<br><br>  Petitioner,<br><br>  v.<br><br>ROBERT L. AYERS, Warden of California State Prison at San Quentin,<br><br>  Respondent. | CIV S 96-1401 JAM CMK<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent's October 29, 2008, application is GRANTED. Respondent's response to Petitioner's Objections to the Magistrate Judge's Findings and Recommendations on Cross-Motions for Summary Judgment is to be filed on or before November 13, 2008. **Further extensions of time are disfavored.**

DATED: November 5, 2008

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1