JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California  94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124


JOLIE LIPSIG
Attorney at Law
California SBN 104644
1006 4th St., Suite 301
Sacramento, California  95814
Telephone: (916) 443-6995
Facsimile: (916) 443-7081

Attorneys for Petitioner
WILLIAM A. PROCTOR

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR,<br><br>    Petitioner,<br><br>        v.<br><br>ROBERT L. AYERS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | No. CIV-S-96-1401 JAM CMK<br><br>**DEATH PENALTY CASE**<br><br>**APPLICATION AND ORDER FOR EXTENSION OF TIME TO FILE MERITS BRIEF** |

     Pursuant to a scheduling order issued January 28, 2008, petitioner's brief on the merits of Claims EE, W, Y, CC, EE, and NN is due on November 17, 2008.  Petitioner timely sought reconsideration by the district judge of the order for briefing, but no action has yet been taken on the request for reconsideration.  Petitioner, by and through his counsel, hereby requests an extension of sixty days (60), to and including January 16, 2009, in which to submit his brief.

The extension of time is necessary for the following reasons:

1. Respondent's brief on the merits was filed on September 17, 2008. Since it was filed, Mr. Thomson has been unable to work on the answering briefing due to other personal and work obligations.

2. Mr. Thomson 's father passed away in the beginning of November. In the weeks prior to his father's death, he spent considerable time in Southern California, attending to his father. In addition to his family obligations, Mr. Thomson is counsel in a capital trial in the Northern District of California, U. S. v Dennis Cyrus, Case # CR-05-00324-MMC. Extensive *in limine* proceedings have been ongoing in that case during the past sixty days and have required a substantial portion of Mr. Thomson's available time.

3. As this Court is aware, Ms. Lipsig is employed full-time by the Office of the State Public Defender and has a full case load. She is thus unable to devote significant time to the present case except on weekends and in the evenings.

4. Counsel are still awaiting a ruling by the district court on their partial request to reconsider the briefing order. It has now been under submission since June, 2008. Counsel reasonably anticipated that a ruling would be issued before the briefing was due. Although counsel will continue to prepare the merits briefing in the absence of a ruling of their request, counsel are reluctant to expend the resources of the court, and their own time, unnecessarily.

5. Counsel for petitioner have contacted counsel for respondent, Deputy Attorney General Brian Smiley, regarding this request for an extension of time. He indicated that he has no objection to the request in light of the death in Mr. Thomson's family and counsel's workload.

For all the reasons stated above, petitioner requests that he be granted an additional sixty (60) days, to and including January 16, 2009, in which to submit his brief on the merits Claims EE, W, Y, CC, EE, and NN and that respondent's time in which to submit a reply brief be

1 | extended until thirty (30) days thereafter, or until February 16, 2009.

2 | DATED: November 14, 2008

3 | Respectfully submitted,

5 | /s/JAMES S. THOMSON

6 | /s/ JOLIE LIPSIG
Attorneys for Petitioner

7 | IT IS SO ORDERED.

9 | DATED: November 20, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3