JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California  94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124


JOLIE LIPSIG
Attorney at Law
California SBN 104644
1006 4th St., Suite 301
Sacramento, California  95814
Telephone: (916) 443-6995
Facsimile: (916) 443-7081

Attorneys for Petitioner
WILLIAM A. PROCTOR

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV-S-96-1401 RBB CMK |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **APPLICATION AND ORDER FOR EXTENSION OF TIME TO FILE MERITS BRIEF** |
| ROBERT L. AYERS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

Pursuant to an order issued November 21, 2008, petitioner's brief on the merits of Claims EE, W, Y, CC, EE, and NN is due on January 16, 2008.  Petitioner, by and through his counsel, hereby requests an extension of forty-five days, to and including March 2, 2009, in which to submit his brief.

This Court has granted one previous extension of time to file the merits brief.  The extension of time is necessary for the following reasons:

1.     Respondent's brief on the merits was filed on September 17, 2008.  Despite

1

their due diligence, neither Mr. Thomson or Ms. Lipsig have been able to devote sufficient time to complete work on the answering briefing due to other case obligations.

2.      Lead counsel Mr. Thomson has oral argument in the Ninth Circuit in Grant v. Ayers, Case No. 06-99003, on January 12, 2009.

3.      Mr. Thomson is also counsel in a capital trial in the Northern District of California, U. S. v Dennis Cyrus, Case # CR-05-00324-MMC.  Despite his attempts to continue this trial, jury selection is scheduled for January 13, 2009.  The trial is expected to be lengthy and Mr. Thomson has spent considerable time preparing for the trial in the past 60 days.

4.      In addition to these obligations, Mr. Thomson also has a merits brief due on January 14, 2009, in a habeas corpus proceeding in the United States District Court for the District of Montana, Kills on Top v. Mahoney, CV-01-192-BLG-RFC CSO.

5.      As this Court is aware, Ms. Lipsig is employed full-time by the Office of the State Public Defender and has a full case load.  She is thus unable to devote significant time to the present case except on weekends and in the evenings.  Unfortunately, due to state budget problems and staff shortages, Ms. Lipsig has been required to take on additional duties, including working some weekends and evenings that she normally would devote to the present case.  In addition, during the month of January, she will be required to take two multi-day trips to Southern California to conduct witness interviews.

6.      Counsel for petitioner have contacted counsel for respondent, Deputy Attorney General Brian Smiley, regarding this request for an extension of time.  He indicated that he has no objection to the request for an extension of time.

For all the reasons stated above, petitioner requests that he be granted an additional forty-five (45) days, to and including March 2, 2009, in which to submit his brief on the merits Claims EE, W, Y, CC, EE, and NN and that respondent's time in which to submit a

1 | reply brief be extended until thirty (30) days thereafter, or until April 1, 2009.

2 | DATED: January 8, 2009

3 | Respectfully submitted,

5 | /s/JAMES S. THOMSON

6 | /s/ JOLIE LIPSIG
Attorneys for Petitioner

7 | IT IS SO ORDERED.

9 | DATED: January 14, 2009

_____

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE