JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124


JOLIE LIPSIG
Attorney at Law
California SBN 104644
1006 4th St., Suite 301
Sacramento, California 95814
Telephone: (916) 443-6995
Facsimile: (916) 443-7081

Attorneys for Petitioner
WILLIAM A. PROCTOR

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM A. PROCTOR,　　　　　) | No. CIV-S-96-1401 RBB CMK |
| 　　　　　　　　　　　　　　　) | |
| 　　　Petitioner,　　　　　　) | **DEATH PENALTY CASE** |
| 　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　　　　v.　　　　　　　　　) | **APPLICATION AND ORDER** |
| 　　　　　　　　　　　　　　　) | **FOR EXTENSION OF TIME** |
| 　　　　　　　　　　　　　　　) | **TO FILE MERITS BRIEF** |
| 　　　　　　　　　　　　　　　) | |
| ROBERT L. AYERS, Warden of　) | |
| California State Prison at San Quentin, ) | |
| 　　　　　　　　　　　　　　　) | |
| 　　　Respondent.　　　　　　) | |
| ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿) | |

        Pursuant to an order issued January 15, 2009, petitioner's brief on the merits of

Claims EE, W, Y, CC, EE, and NN is due on March 2, 2009. Petitioner, by and through

his counsel, hereby requests an extension of forty-five days, to and including April 16,

2009, in which to submit his brief.

        This Court has granted two previous extensions of time to file the merits brief. The

extension of time is necessary for the following reasons:

        1.        Respondent's brief on the merits was filed on September 17, 2008. Despite

1

1 their due diligence, neither Mr. Thomson or Ms. Lipsig have been able to devote sufficient

2 time to complete work on the answering briefing due to other case obligations.

3      2.     Lead counsel, Mr. Thomson, is counsel in a capital trial in the Northern

4 District of California, U. S. v Dennis Cyrus, Case # CR-05-00324-MMC. The parties have

5 begun the presentation of evidence to the jury in that case. Mr. Thomson not only must be

6 present in court during the day, but is engaged in extensive trial preparation when he is not

7 in court. Mr. Thomson has spent considerable time preparing for the trial in the past 45

8 days and it is expected that trial will be lengthy. Due to the progression of the trial, Mr.

9 Thomson anticipates, however, that he will be able to devote sufficient time to the present

10 case to complete the merits brief during the next 45 days.

11      3.     Ms. Lipsig continues to be employed full-time by the Office of the State

12 Public Defender and has a full case load. She is thus unable to devote significant time to

13 the present case except on weekends and in the evenings. Unfortunately, due to state

14 budget problems and staff shortages, Ms. Lipsig has been required to take on additional

15 duties, including working some weekends and evenings that she normally would devote to

16 the present case. During the past 45 days she was required to take two multi-day trips to

17 Southern California to conduct witness interviews. During the month of March she will

18 have to travel to Oregon for a week-long trip to conduct additional interviews, and also

19 will have to return to Southern California for several days.

20      4.     Counsel for petitioner have contacted counsel for respondent, Deputy

21 Attorney General Brian Smiley, regarding this request for an extension of time. He

22 indicated that he has no objection to the request for an extension of time.

23     For all the reasons stated above, petitioner requests that he be granted an additional

24 forty-five (45) days, to and including April 16, 2009, in which to submit his brief on the

25 merits Claims EE, W, Y, CC, EE, and NN and that respondent's time in which to submit a

26

27

28

1  reply brief be extended until thirty (30) days thereafter, or until May 15, 2009.

2  DATED: February 26, 2009

3                                              Respectfully submitted,

4

5                                              /s/JAMES S. THOMSON

6                                              /s/ JOLIE LIPSIG
                                               Attorneys for Petitioner

7  IT IS SO ORDERED.

8

9  DATED:  March 2, 2009

10

11 _____
   CRAIG M. KELLISON
12 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28