IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV S-96-1401-JAM-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | ORDER |
| ROBERT K. WONG, et al.,[1] | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's unopposed motion for a further extension of time (Doc. 301) to file a response to respondents' merits brief addressing Claims W, Y, CC, EE, and NN. Good cause appearing therefor, the request is

/ / /

/ / /

/ / /

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Robert K. Wong is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

1

granted. Petitioner's merits brief is due by May 15, 2009. Respondents' reply, if any, is due by June 15, 2009.

IT IS SO ORDERED.

DATED: April 14, 2009

  /s/ Craig M. Kellison
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE