IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. CIV S-96-1401-JAM-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| KEVIN CHAPPELLE, et al.,[1] | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Second counsel for petitioner, Jolie Lipsig, Esq., seeks leave to withdraw from this case (Doc. 321). Good cause appearing therefor, the request will be granted.

///

///

///

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kevin Chappelle is substituted for his predecessor. The Clerk of the Court will be directed to update the docket to reflect the above caption.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update the docket to reflect the new respondent;

2. Ms. Lipsig's motion to withdraw as second counsel (Doc. 321) is granted; and

3. James Thomson, Esq., shall continue as petitioner's sole counsel.

DATED: March 16, 2012

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE