IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. 2:96-CV-1401-JAM-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| KEVIN CHAPPELL, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 13, 2012, the court granted the motion of second counsel Jolie Lipsig, Esq., to withdraw from this case. In light of Ms. Lipsig's withdrawal, any and all unused budget hours allocated to second counsel are hereby transferred to lead counsel, James Thomson, Esq.

IT IS SO ORDERED.

DATED: August 8, 2012

　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1