IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR, | No. 2:96-CV-1401-JAM-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>CORRECTED ORDER</u> |
| RON DAVIS[1], et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's unopposed motion to expand the record (Doc. 326).

The motion is unopposed insofar as petitioner is requesting to expand the record to include exhibits which are part of the state court record. All objections are reserved and will be evaluated by the court at such time as a specific objection is raised.

///

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ron Davis is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (Doc. 332) to file reply briefs is granted and petitioner's reply briefs are deemed timely;

2. Petitioner's unopposed motion to expand the record (Doc. 326) is granted.

DATED: March 27, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE