**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

WILLIAM A. PROCTOR,

          Petitioner,

    v.

RON BROOMFIELD[1], et al.,

          Respondents.

No.  2:96-CV-1401-JAM-DMC

**DEATH PENALTY CASE**

ORDER

       Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       As outlined in Respondents' October 8, 2020, filing, this matter is ready for merits briefing on the merits of all remaining claims.  See ECF No. 347.  The parties are hereby directed to meet and confer and submit to the Court within 30 days of the date of this order a stipulated proposed briefing schedule.

       IT IS SO ORDERED.

Dated:  August 26, 2021

                           DENNIS M. COTA
                           UNITED STATES MAGISTRATE JUDGE

---

[1]    Pursuant to Federal Rule of Civil Procedure 25(d), Ron Broomfield is substituted for his predecessor.  The Clerk of the Court is directed to update the docket to reflect the above caption.

1