**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM A. PROCTOR,<br><br>          Petitioner,<br><br>    v.<br><br>RON BROOMFIELD[1], et al.,<br><br>          Respondents. | No.  2:96-CV-1401-JAM-DMC<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is the parties' stipulated schedule for briefing of the merits of the remaining claims in this case.  <u>See</u> ECF No. 349.  Good cause appearing therefor, the parties' stipulated schedule is approved as follows:

        Petitioner's supplemental merits brief on Claims W, Y, CC, EE, and NN is due by July 22, 2022.

        Petitioner's merits brief on Claim P, U, AA, GG, HH, II, and JJ is due by July 22, 2022.

        Respondents' response brief is due within 300 days of the date of filing of Petitioner's brief(s).

/ / /

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ron Broomfield is substituted for his predecessor.  The Clerk of the Court is directed to update the docket to reflect the above caption.

Petitioner's reply brief is due within 150 days of the date of filing of Respondents' brief.

IT IS SO ORDERED.

Dated: October 5, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2