IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD, et al.,<br><br>    Respondents. | No. 2:96-CV-1401-DAD-DMC<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's unopposed second motion, ECF No. 355, for an extension of time to September 21, 2022, to file Petitioner's merits brief addressing the remaining claims in this case. Good cause appearing therefor based on counsel's declaration indicating the need for additional time due to a delay in final approval of a budget for this case by the Ninth Circuit Court of Appeals, Petitioner's motion is granted. The new schedule is as follows:

> Petitioner's supplemental merits brief on Claims W, Y, CC, EE, and NN is due by September 21, 2022.
>
> Petitioner's merits brief on Claim P, U, AA, GG, HH, II, and JJ is due by September 21, 2022.
>
> Respondents' response brief is due within 300 days of the date of filing of Petitioner's brief(s).

///

1

Petitioner's reply brief is due within 150 days of the date of filing of Respondents' brief.

IT IS SO ORDERED.

Dated: August 30, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2