IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR,<br><br>    Petitioner,<br><br>v.<br><br>RON BROOMFIELD, et al.,<br><br>    Respondents. | No.  2:96-CV-1401-DAD-DMC<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

        Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's unopposed motion for an extension of time to March 25, 2024, to file a traverse.  <u>See</u> ECF No. 366.  Good cause appearing therefor and because the request is unopposed, Petitioner's motion will be granted.

        Accordingly, IT IS HEREBY ORDERED as follows:

        1.    Petitioner's unopposed motion for an extension of time, ECF No. 366, is GRANTED.

        2.    Petitioner's traverse is due by March 25, 2024.

Dated:  January 31, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1