IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR,<br><br>   Petitioner,<br><br>   v.<br><br>RON BROOMFIELD, et al.,<br><br>   Respondents. | No. 2:96-CV-1401-DAD-DMC<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's second unopposed motion for an extension of time to June 24, 2024, to file a traverse. <u>See</u> ECF No. 368. Good cause appearing therefor and because the request is unopposed, Petitioner's motion will be granted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's unopposed motion for an extension of time, ECF No. 368, is GRANTED.

2. Petitioner's traverse is due by June 24, 2024.

Dated: March 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE