IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PROCTOR,<br><br>    Petitioner,<br><br>  v.<br><br>RON BROOMFIELD, et al.,<br><br>    Respondents. | No. 2:96-CV-1401-DAD-DMC<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

    Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's third unopposed motion for an extension of time to September 23, 2024, to file a traverse. <u>See</u> ECF No. 370. Good cause appearing therefor, Petitioner's motion will be granted.

    Accordingly, IT IS HEREBY ORDERED as follows:

    1.  Petitioner's unopposed motion for an extension of time, ECF No. 370, is GRANTED.

    2.  Petitioner's traverse is due by September 23, 2024.

Dated: August 7, 2024

                              _____
                              DENNIS M. COTA
                              UNITED STATES MAGISTRATE JUDGE