1

2

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   WILLIAM A. PROCTOR,                          No.  2:96-CV-1401-DAD-DMC

12                    Petitioner,                 **DEATH PENALTY CASE**

13          v.                                    ORDER

14   WARDEN, San Quentin Rehabilitation
     Center,
15
                          Respondent.
16

17

18           Petitioner, a state prisoner proceeding with appointed counsel, brings this petition

19   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's

20   unopposed motion for an extension of time to September 18, 2025, to file a traverse.  See ECF

21   No. 381.  Good cause appearing therefor, Petitioner's motion will be granted.

22           Accordingly, IT IS HEREBY ORDERED as follows:

23           1.      Petitioner's unopposed motion for an extension of time, ECF No. 381, is

24   GRANTED.

25           2.      Petitioner's traverse is due by September 18, 2025.

26   Dated:  June 13, 2025

27                                               _____
                                                 DENNIS M. COTA
28                                               UNITED STATES MAGISTRATE JUDGE

                                                1