**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| WILLIAM A. PROCTOR, | No.  2:96-CV-1401-DAD-DMC |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | ORDER |
| WARDEN, San Quentin Rehabilitation Center, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's unopposed motion for an extension of time to May 18, 2026, to file a traverse.  See ECF No. 387.  Good cause appearing therefor, Petitioner's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Petitioner's unopposed motion for an extension of time, ECF No. 387, is GRANTED.

2.    Petitioner's traverse is due by May 18, 2026.

Dated:  March 12, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE