**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM A. PROCTOR,<br>Petitioner,<br>v.<br>WARDEN, San Quentin Rehabilitation Center,<br>Respondent. | No. 2:96-cv-1401-DAD-ICD<br>**DEATH PENALTY CASE**<br>ORDER |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's unopposed motion for an extension of time to November 16, 2026, to file a traverse. ECF No. 393. Good cause appearing, Petitioner's motion is granted. Petitioner's traverse is due by November 16, 2026.

IT IS SO ORDERED.

Dated: September 15, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE