**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM A. PROCTOR,<br>Petitioner,<br>v.<br>STEPHEN SMITH, Acting Warden,<br>Respondent. | No. 2:96-cv-1401-DAD-ICD<br>**DEATH PENALTY CASE**<br>ORDER |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's unopposed motion for an extension of time to January 15, 2027, to file a reply to Respondent's responsive pleading. ECF No. 396. Good cause appearing, Petitioner's motion is GRANTED. Petitioner's reply is due by **January 15, 2027**.

IT IS SO ORDERED.

Dated: November 12, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE